# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148041 & (91)

LINDA THURSFIELD,
      Plaintiff-Appellant,

v

SC: 148041
COA: 302186
Oakland CC: 05-070476-CK

DAVID THURSFIELD,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 8, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to strike is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014



Clerk

d0611